FILED
2013 Oct-25  PM 02:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# United States District Court
# Northern District of Alabama
# Birmingham Division

CV-13-JHE-1961-S

Oluwashina Kazeem Ahmed-Al-Khalifa,
a.k.a Oluwashina Ahmed, Mark Ayilla,
(A070530620) (69/2321/08) (A1334237) (V275-982-1316) ( Pro-se),

     Plaintiff,

Vs.                                                    Jury Trial Demanded

-National Security Agency, United States
-Federal Bureau of Investigation, United States
-Department of Homeland Security, United States
-United States Secret Service, Abuja Nigeria
-U.S. Department of Justice, United States
-Secretary of State, United States
-U.S. Consulate General, Lagos Nigeria
-Nigeria High Commission, Washington D.C. United States
-Nigeria High Commission, Dublin, Republic of Ireland
-Nigeria High Commission, London, United Kingdom
-Ministry of Foreign Affairs, Abuja Nigeria
-Ministry of Interior, Abuja Nigeria
-Economic & Financial Crime Commission, Lagos Nigeria
-Inspector General of Police, Abuja Nigeria
-Commissioner of Police, Lagos State,  Nigeria
-Crime Victim Foundantion (CRIVIFON) Lagos, Nigeria

     Defendants.

# Complaints

## Preamble :

No one shall be subjected to arbitrary arrest, detention or exile. Citting Article 9 of the Universal Declaration of Human Rights ; Article 9 of the International Covenant on Civil and Political Rights ; Article 7 of the American Convention on Human Rights ; 5th Amendment of the U.S. Constitution ; Article 4, 6, 9 of the African Charter on Human and Peoples' Rights.

## The Issue :

Arbitrary arrest & unlawful detention ; Unauthorized Investigation, Discrimination and Persecution.

# Statement of the Case

On 06/25/2013, I send an e mail (attached) to Agencies of government of the United States, asking them to contact me as soon as possible to see what can be done to avert the up coming disaster in the United States. I did not received any communication or reply from any of the agencies of the United States government until 09/18/2013 when 2 men form the Economic & Financial Crime Commission (EFCC) came to my house. One of the officer said they are inviting me to their office for questioning, that I committed a crime in Nigeria. I asked the officer for a letter of invitation from the Commission inviting me to their office, but the officer could not produce such a letter.

Then I told the officers that they did not follow Due Process of Law, that they are free to leave my premesis. Thus, the second officer then states that it is now an arrest that they want to arrest me. Then I asked then for an arrest warrant

2

which they could not produced. The second officer then went outside to called 2 mobile Police Officer armed with guns which states that I must go with them to their office.

Upon our arrival at their office at Awolowo Road Ikoyi, there was no charges made against me. I was not read my Miranda Rights and was not afforded a Counsel. I repeatedly told the officers that I am not a Nigerian, that I am a United States Citizen. The only thing I was showned was a letter form the U.S. Consular General in Lagos and copy of the e-mail send to the U.S. government agencies dated July and not June as posted on mine e-mail. I was forced to make statement to the Commission and signed to everything they pointed to me. After giving them my statements, I asked the officer if I am free to leave. He stated that somebody has to come for my bail. Then I told him that I have not been charged with any crime. He said regardless that somebody has to come for my bail. But the bail condition was not given to me.

Even without beign charge with any specific crime, I was taken to the detention center at Okotie Eboh Street in Ikoyi. My request for consular assistant from the United States, Canada, United Kingdom, Saudi Arabia, Liberia, Ghana, Rome, Greece & others was turned down at the detention center. On 09/20/2013, I was taken to the EFCC office at Awolowo Road Ikoyi where I meet a repersentative from the U.S. Consulate General in Lagos, Nigeria. At the same time, my family was around to arrainged for my bail. During the meeting, I asked the Consular officer if he authorized the EFCC to arrest and detain me, he said no that he only instructed them to invite me for a meeting.

However, he asked me about the e-mail send to the agencies of the U.S. government. I told him I am the one that send it. I told him it was a spritual message that I received for God the Creator of Heaven And Earth while I was in

3

detention in the United Kingdom, Ireland and Netherlands. That the messages were written down but my legal papers and the messages was taken away from me by the Netherlands, Irish & United Kingdom Immigration Officials in my quest for asylum in the European Union States. I also told him that I am victim of Human Trafficking from the United States to Canada and from Canada to Nigeria with counterfeit Emergency Traveling Certificate (ETC) issued by the Nigeria High Commission in Washington D.C or New York.

The consular offficer promised to call me and invite to the U.S. Embassy in Lagos for a meeting regarding my entry into the United States. After the meeting the EFCC granted my bail and told me to report to the office on 09/23/2013 for signing. On 09/23/2013, when I went for signing, there was no charges instituted against me and was told to report for signing on 09/30/2013. On 09/30/2013, Monday Morning, officer Cooker called me that the Consular Officer of the U.S. Consulate would like to see me. I told him that I am on my way already that I am coming to sign up. Upon my arrival at the EFCC office, the Consular Officer was not available. Thus I was taken in for processing which is against my own will. I told the officer in charge of processing that no formal charges has been made against me. I was forced to be fingerprinted and my picture taken with me holding a board with a CR 590 Number written on it.

Couple of hours later, one of the EFCC officer Mr. Afeez said I should go and report back on to the EFCC office on 10/14/2013. But I told Him that I am not a Nigerian, that I want to travel to Liberia to see my family "The Mende People". He asked me when am I living for Liberia. I told him whenever I could raised some money for the trip. He said I should inform the Commission whenever I am living Nigeria or if the Commission needs me at anytime they would call me. Then I left their office.

4

# **Statement of Facts**

I believe the United States government and its agencies, and the Nigeria government lacks jurisdiction to conduct an investigation on me in present day Nigeria. I believe this investigation can only be conducted if only it is Ordered by a Court of Law and upon approval by the Secretary General of the United Nations, because I a Refugee granted asylum in the United States in 1993 in pursuant to the Convention and Protocol Relating to the Status of Refugees in which the United States is a component. At the same time, I have Renounce Nigeria as my Country of Citizenship, Nationality, Birth, Origin and Affiliation.

Furthermore, I refer to the on going crisis between the United States and Russia over the strike against Syria in which the Russians asked the United States to seek the United Nations back Resolution before attacking Syria. But the Human & Children Casuality in Syria would have been avioded if the United States District Court, Northern District of Florida, Gainsville Division has granted my Complaint in Ahmed-Al-Khalifa v. Al-Assad et al. Case No. 1:13-cv-48-RV-GRJ.

I am a victim of Enforced Disappearance ; Deportation and Forcible Transfer ; Trafficking in Human Beings from the United States to Canada and from Canada to Nigeria in June 2002 with Counterfeit Emergency Traveling Certificate (ETC). The same ETC issued in the United States was issued for my Enforced Disappearance ; Deportation and Forcible Transfer ; Trafficking in Human Beings from Ireland to Netherlands, from Netherlands back Ireland, and another ETC was issued in Ireland to Enforced my Disappearance from Ireland to Spain, and from Spain to Nigeria. All this Unlawful Transfer was carried out without judicial redress and the issuance of such ETC is a clear violation of Article 36 of the Vienna Convention on Consular Relation of which United States is a Party. The case has to do with the United States because it is a place of my habitual residence,

5

where I was granted asylum, started my educational carrier, married to a U.S. Citizen, my Mother is a legal parmanent residence, have business registered with the Secretary of States of the States of Georgia. Donation to my Communinty, the United States and my College.

## Message And Prediction

Part of the messages that I received while I was in mandatory detention in Netherlands from the Superme Being : Alpha & Omega, God, Olorun Oba, Olodumare, Eledumare, Kabiyesi, Oba Aterere Kari Ayie, Allah De Magnificient. That "The World Has Come To An End". That we are going back to the time of Anobi Noah. **"The Earth Will Be Destroyed By Fire" .**

This has to do with the United States of America because the moral leader of the World has failed to lived up to expectation on the issues of Crime Against Nature, Human Rights and Peoples Rights. I could not remember everything off head, but I contacted some spritual leaders upon my arrival in Nigeria who confirmed to me that **"The Earth Will Be Destroyed By Fire"** and this has to do with the United States of America and Its Allies.

To back up my claim the **"The World Has Come To An End",** I refer the Court to the following :

1. The Inconvenient Truth. By Al Gore. Former President of the United States of America.
2. Reasons for 9/11 attacks persist, 12 years. By Oghogho Obayuwana. Foreing Affairs Editor. The Guardian, Wednesday September 11, 2013. Page 15.
3. "The End Will Come" Awake. November 2012. You Can Be A Successful Single Parent! Pages 12, 13, 14.

4. How Cyrus Captured Babylon. Awake. May 2013. Protect Yourself From Crime! Pages 12, 13.

5. What Is Prejudice. The Watchtower. June 1, 2013. A World Without Prejudice. When? Pages 4, 5.

6. Doomsday Fears Loom Large. Awake. September 2012. Doomday Fact, Friction and Fantasy. Pages 4, 5, 6, 7.

7. He "Walked With The True God". The Watchtower. April 1, 2013. Pages 12, 13, 14, 15.

8. Prophecy. A Perfect Record. The Watchtower. June 1, 2012. The Bible. What Makes It Unique? Pages 4, 5, 6, 7.

9. In the Name of God, Most Gracious, Most Merciful. Appendix 25 of the Authorized English translation of Quran by Rashad Khalifa, Ph.D. End of the World. Posted On line.

## Comparative Analysis

On 09/17/2013, went to the Pedro Police Station under the Commissioner of Police Lagos States for an investigation into my Human Trafficking case from the United States to Canada, and from Canada to Nigeria in June, 2002. Then my Enforced Disappearance from the United Kingdom to Ireland, from Ireland to Netherlands, from Netherlands to back to Ireland, from Ireland to Spain, and from Spain to Nigeria between July to December, 2011. The Station refused to take up my Complaints. I believe the Police Discriminated against me because of my race, color and ethnic background, and because I am a Deportee Destitute. This is a very common practice in present day Nigeria, noboby cares of provide any assistance to victims of Enforced Disappearance and Unlawful Deportation.

In the Month of July, 2013, I took my case the Crime Victim Foundation (CRIVIFON) Lagos, Nigeria requesting for an investigation in my case as a victiim of Crime and Abuse of Power by the government of the United States, Canada and Nigeria. I was told to put in writing what even took place between me and the defendants in my Complaints to Executive Director who would now schedule me for an interview. My Complaints was forwarded to the Organization via e-mail. I did not received any acknoledgement from CRIVIFON, but Mrs Gloria Executive Director of CRIVIFON called me and schedule me for an interview which I believe was on July 26, 2013 at 11 : 00 am. Upon my arrival at her office, the staff told me she was not availble, the next person said she will back in the office in a couple of minutes.

Another staff told me she went to get her hair done. I told the staff in question that she has an appointment with me, that she should have re-schedule my appointed. After One and half hours, I left a message Sarah that she should tell Mrs Gloria to re-schedule my appointment for another day. However, uptill today 10/03/2013, I never heard from CRIVIFON, Sarah or Mrs Gloria. The last time I saw Sarah was at the EFCC office at Awolowo Road Ikoyi on 09/30/2013. I believe the Organization Discriminated against me because I am an Awori and a Deportee Destitute. In the present day Nigeria, victims of Unlawful Deportation are rejected by the Federal, States, Local governments, Families, Freinds, and other organizations.

## Comments

According to Mr. Olamide one of the EFCC officer (AFF) Team F, he stated that the United States government has accussed me of being a terrorist because of the e-mail message send to the United States government. Whereas I am not a terrorist. I am a College Student in the United States and a U.S. Citizen, Citizen of

the present day United States. The message is about a coming event that will happened to the United States and the rest of the World.

## Conclusion

The decision of the Defendants to conduct an investigation about me in present day Nigeria regarding an e-mail send to the United States government and its agency without "Due Process of Law" , Court Order , and Approval from the Secretary General of the United Nations violates Law of Nations ; Charter of the United Nations ; Convention and Treaties in which United States is a Party ; Fundamental Rights ; Natural Law and Natural Rights

Finally, the decision the Commissioner of Police Lagos State and Crime Victim Foundation (CRIVIFON) not to investigate my case as victim of Human Trafficking, Enforced Disappearance & Unlawful Deportation violates Law of Nations ; Charter of the United Nations ; Convention and Treaties in which United States is a Party ; Fundamental Rights ; Natural Law and Natural Rights.

## Why Relief Should Be Granted

I believe relief should be granted because the accussation and violations committed against me by the Defendants constitute an Act of Corruption ; Discrimination ; Persecution ; Racism and Racial Prejuidice. I also refers to The Declaration of Independence. The Want, Will, and Hopes of the People. Which states that : We hold these to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are liberty and the pursuit of Happiness.--- **Thomas Jefferson.**

9

# Relief Sought

1. I am seeking monetary compensation for the violations committed against me by the defendants. To be determined by the Court and Jury.

2. Plaintiff respectfully requested the Court to grant me a fair hearing in this case pursuant to due process of international law.

3. Any other relief the Court may deems just and proper.

# Case Law

1. Case T-284/08. People's Mojahedin Organization of Iran v. Council of the European Union. The General Court of the European Union. 2006 and 2008.

# Jurisdiction

1. Jurisdiction is proper pursuant to Article III of the U.S. Constitution.

2. Jurisdiction is proper pursuant to Article 16 of the Convention and Protocol Relating to Status of Refugees.

3. Jurisdiction is proper pursuant to Article 16 of the Convention Relating to the Status of Stateless Persons.

# **STATUTES**

Law of Nations, Charter of the United Nations, Conventions And Treaties in which United States is a Party and Fundamental Rights.

# **Law of Nations**

1. 1689 Bill of Rights.
2. Race Relation Act of 1968.
3. European Convention on Human Rights *(*ECHR*) (formally the Convention for the Protection of Human Rights and Fundamental Freedoms)*.
4. Charter of Fundamental Rights of The European Union.
5. Council Directives 2004/83/EC of 29 April 2009.
6. Canadian Charter of Rights and Freedoms.
7. Human Rights Act 1998.
8. African Charter on Human and Peoples' Rights.
9. Arab Charter on Human Right.
10. Racketeer Influenced and Corrupt Organizations (RICO).
11. Code of Conduct for Law Enforcement Officials
12. Basic Principles on the Use of Force and Firearms by Law Enforcement Officials.
13. Declaration of Basic Principles of Justice for Victims of Crime and Abuse of Power
14. Standard Minimum Rules for the Treatment of Prisoners.
15. Body of Principles for the Protection of All Persons under any form of Detention or Imprisonment.
16. *Council Regulation* (EC) No 343/2003 of 18 February 2003 of 18 February 2003.

11

17. Inter-American Convention Against Corruption.

18. Convention on the Fight Against Corruption Involving Officials of the European Communities or Officials of Member States of the European Union.

19. Covention on Combating Bribery of Foreign Public Officials in International Business Transaction.

20. Criminal Law Convention on Corruption.

21. Civil Law Convention on Corruption.

22. African Union Convention on Preventing and Combating Corruption.

23. Council of Europe Convention on Action against Trafficking in Human Beings.

24. The Cairo Declaration of Human Rights In Islam.

25. United Nation Millennium Declaration.

26. Declaration on Measures to Eliminate International Terrorism.

27. The Protection afforded to Victims of armed Conflicts by the Geneva Convention of 12 August 1949 and the Additional Protocol thereto of 1977.

28. European Convention on the Non-Applicability of Statutory Limitations to Crimes Against Humanity and War Crimes

29. European Convention for the Prevention of Torture and Inhuman or Degrading Treatment or Punishment.

30. Declaration on Territorial Asylum adopted by the General Assembly by its Resolution 2312 (XXII) of 14 December 1967.

31. Proposed International Convention on the Prevention and Punishment of Crimes Against Humanity.

32. Protocol for the Prevention and the Punishment of the Crime of Genocide, War Crimes and Crimes Against Humanity and all forms of Discrimination.

# **Charter of the United Nations ; Conventions And Treaties in which United States is a Party.**

1. Convention and Protocol Relating To The Status of Refugees.

2. Convention Relating To The Status of Stateless Persons.

3. Convention on the Rights of the Child.

4. International Convention on the Elimination of All Forms of Racial Discrimination.

5. United Nations Declaration on the Elimination of All Forms of Racial Discrimination.

6. Civil Rights Act of 1964.

7. Convention Against Torture and Other Cruel, Inhuman or Degrading Treament or Punishment.

8. Declaration in the Protection of All Persons from Being Subjected To Torture and Other Cruel, Inhuman or Degrading Treament or Punishment.

9. United Nations Declaration on the Rights of Indigenous People.

10. International Labor Organisation Convention of 1948.

11. Vienna Declaration and Programme of Action.

12. Vienna Convention on Consular Relation.

13. Vienna Convention on Diplomatic Relation.

14. International Convention for the Suppression of the Financing of Terrorism.

15. Convention on the Prevention and Punishment of the Crime of Genocide.

16. United Nations Convention Against Corruption.

17. Protocol To Prevent, Suppress And Punish Trafficking In Persons, Especially Women And Children.

18. Protocol Against The Smuggling Of Migrants By Land, Sea And Air.

19. United Nations Convention Against Transnational Organized Crime.

20. Declaration on the Protection of All Persons from Enforced Disappearance.

21. International Convention for the Protection of All Persons for Enforced Disappearance.

22. Convention on the Prevention and Punishment of Crimes Against Internationally Protected Persons, Including Diplomatic Agents.

23. Convention on the Non-Applicability of  Statutory  Limitation to War Crimes and Crimes Against Humanity.

## **Fundamental Rights.**

**1.** Universal Declaration of Human Rights.

2.  International Covenant on Civil and Political Rights.

3.  International Covenant on Economic, Social and Cultural Rights.

4.  American Convention on Human Rights "Pact of San Jose ,Costa Rica".

5.  The U.S. Constitution.

6.  Declaration on Race and Racial Prejudice.

7.  Declaration of Independence, 1776.

8.  Convention Against Discrimination in Education.

9.  United Nation Declaration on Human Rights Education and Trainning.

10. Declaration of the Rights of Man and the Citizen.

11. Universal Rights of Personhood.

12. Natural law theories have, however, exercised a profound influence on the development of English common law, and have featured greatly in the philosophies of Thomas Aquinas, Francisco Suárez, Richard Hooker, Thomas Hobbes, Hugo Grotius, Samuel von Pufendorf, John Locke, Francis Hutcheson, Jean Jacques Burlamaqui, and Emmerich de Vattel. Because of the intersection between natural law and natural rights, it has been cited as a component in the United States Declaration of Independence and the Constitution of the United States, as well as in the Declaration of the Rights of Man and of the Citizen. Declarationism states that the founding of the United States is based on Natural law.

Respectfully submitted,

Ahmed    10/06/2013

Oluwashina Kazeem Ahmed-Al-Khalifa

Plaintiff Address :
5, Robert Onadipe Street
Gbagada Phase 1
Shomolu, Pedro
Lagos, Nigeria.

E mail: oahmed005@yahoo.com                Tel: + 234 810 380 4404

15

# Certificate of Service

I, Oluwashina Kazeem Ahmed-Al-Khalifa respectfully requested the Court to copy the Defendants in this Complaints. I am a deportee destitute facing financial economic hardship and cannot afford to copy the Defendants. I refer the Court to Article 16 & 25 of the Convention and Protocol Relating to the Status of Refugees and Article 16 & 25 of the Convention Relating to the Status of Stateless Persons.

1. Attorney General of the United States
   Office of the Attorney General
   950 Pennsylvania Av. N.W.
   Washington D.C. 20536

2. Attorney General of the Federation
   Federal Ministry of Justice
   Sheu Shagari Way, Central Area
   Abuja, Nigeria

3. Attorney General & Commissioner for Justice
   Lagos State Mininstry of Justice
   State Secretariat
   Alausa, Ikeja, Lagos, Nigeria

4. Crime Victim Foundantion (CRIVIFON)
   Plot 137 Alake Onile – Ere Cresent
   Gbagada Phase II
   Shomolu, Lagos
   Nigeria.                    Tel. : 01-582-4688

Respectfully submitted,

Ahmed   10/06/2013

Oluwashina Kazeem Ahmed-Al-Khalifa

16

# **Documents Submitted With This Compalints.**

1. Prove of E mail send to Crime Victim Foundation (CRIVIFON).

2. E mail send to the Agencies of the United States government.

3. Sworn Affidavit of Extreme Hardship.

4. Sworn Affidavit Renouncing Nigeria as my Country of Citizenship.

5. End of the World By Rashad Khalifa, Ph. D.


Respectfully submitted,

Ahmed   10/06/2013

Oluwashina Kazeem Ahmed-Al-Khalifa



crime victim foundation

Compose

Inbox (191)

Drafts (91)

Sent

Spam (68)

Trash (14)

Folders

Messenger

Calendar

Contacts

Notepad

Victim Of Crime Against Humanity (CRIVIFON) NIGERIA (2)

Me                                                                                          Jul 20

Me                                                                                          Jul 20
To gloriaegbuji2003@yahoo.co.uk, crimevictims@yahoo.com,
stephensarah82@yahoo.com

Reply, Reply All or Forward | More

Start selling online
Open your ecommerce
store with Yahoo!
$22.07 a month
Yahoo! Small Business

(196 unread) - oahmed005 - Yahoo Mail                                    http://us-mg6.mail.yahoo.com/neo/launch?.rand=a1iapuhe9f9vl#mail

| Home | Mail | News | Sports | Finance | Weather | Games | Groups | Answers | Screen | Flickr | Mor |

Search Mail    Search Web

☑ Compose          ← ← →     🗑 Delete     📁 Move ˅     ⚙ Actions ˅     ≡ Collapse All     ⬆ ⬇ ✕

📥 Inbox (196)          The National Security of the United States of America

📄 Drafts (90)

✈ Sent                  **Me**                                                                        Jun 25
                        To nsapao@nsa.gov, hsin.helpdest@dhs.gov, crcl@dhs.gov, and 6 More...
☺ Spam (65)                                      Reply, Reply All or Forward | More

🗑 Trash (93)            To

📁 Folders              National Security Agency
                        Federal Bureau of Investigation and Its Agencies
☺ Messenger            Department of Homeland Security
                        United States Secrect Service
🖥 Calendar            United States Department of Jusice

📇 Contacts                                              Memorandum

📓 Notepad             I have vital information concerning the National Security of the United States of America.

                      1. Prevent a repeat of Pearl Harbor.

                      2. To Prevent another 911 attack on the soil of America.

                      3. There is a Plot to overthrown the Government of the United States.

                      4. Prevent Death and Casualty of millions of Americans living in the present day United States.

                      5. To Prevent all the above mentioned and more of very bad things to happened to the People's in the
                      United States.

                      Please contact me as soon as possible.


                      Respectfully submitted,


                      Oluwashina Kazeem Ahmed-Al-Khalifa

                      Plaintiff Address :
                      5, Robert Onadipe Street
                      Gbagada Phase 1
                      Shomolu, Pedro
                      Lagos, Nigeria.

                      Email:  ahmed005@yahoo.com                    Tel: + 234 810 380
                      4404
                      06/25/2013

                      This E Mail is Unclassified

*In the Name of God, Most Gracious, Most Merciful*

Appendix 25 of the Authorized English translation of Quran by Rashad Khalifa, Ph.D.

## End of the World

**God is the Knower of the future;**
**He does not permit anyone to unveil such knowledge.**
**Only through the messengers that He chooses does He reveal future and past events.**
**[ 72:27 ]**

Among the duties charged to me as God's Messenger of the Covenant is unveiling the end of the world (Page 415). We learn from *18:7-8* and *69:13-15* that this world will come to an end. A new earth and new heavens will replace the present heavens and earth (*14:48*).

### Signs of the Approaching End of the World

The Quran provides many signs, and states that the means for unveiling the end of the world have been given (*47:18*). The signs given in the Quran include:

1. **The splitting of the moon**: This already happened in June 1969 when we landed on the moon and brought back moon rocks. People on earth can go now to many museums, colleges and observatories to look at pieces of the moon.

2. **Discovering the Quran's 19-based mathematical code** (*74:30-37*): Fulfilled in 1969-1974.

3. **The creature** (*27:82*): "Made from the earth, it alerts the people that they have been oblivious to their Creator." The Creature, made from the earth, did appear and was instrumental in unveiling the Quran's numerical code, and proclaiming that the world has neglected God's message: the creature is the computer. Note that the digits that make up *27:82* add up to 19.

4. **Appearance of God's Messenger of the Covenant** (*3:81*): As detailed in *Appendix 2*, a consolidating messenger, prophesied in the Quran, comes after all the prophets have delivered the scriptures, to purify and unify. This prophecy was fulfilled in Ramadan 1408.

5. **The Smoke** (*44:10*): occurs after God's Messenger of the Covenant has delivered the unified message and proclaimed Islam (Submission) as the only religion acceptable by God.

6. **Gog and Magog**: they re-appear, in accordance with God's plan, in the year 1700 AH (2271 AD). Gog and Magog are mentioned in *18:94* and *21:96*. If you count the verses from *18:94* to the end of *Sura 18*, you find them 17. If you count the verses from *21:96* to the end of *Sura 21*, you find them also 17. This is the Quran's sign that Gog and Magog will re-appear in 1700 AH.

### It Will Not Remain Hidden [20:15]

Verse 15 of *Sura 20* informs us that the end of the world will be revealed by God before the end of the world, and *Sura 15* , Verse 87, gives the time for that event:

[Quran 15:87] We have given you the seven pairs, and the great Quran.

The seven pairs are the 14 Quranic Initials. The total gematrical value of these profound pillars of the Quran's miracle pinpoints the year of the end of the world. It is noteworthy that Verse 85 of *Sura 15* states: "The end of the world will surely come to pass." The next verse, *15:36*, tells us that God is the Creator of this world, and, of course, He knows when it will end. The following verse, *15:87*, tells us when the world will end. As shown in Table 1, the gematrical values of "The Seven Pairs" of Quranic Initials total 1709 (see also Table 1 of *Appendix 1*). According to *15:87*, the world will survive for 1709 lunar years from the time this prophecy is stated in the Quran. This means that the world will end in the year 1710 AH. This number is a multiple of 19: 1710 = 19x90.

The unveiling of this information took place in the year 1400 AH, 309 years before the prophesied end of the world (1709-1400=309). This number 309 is a Quranic number (*18:25*), and is connected with the end of the world (*18:21*). The peculiar way of writing 309 in *18:25*, "Three hundred years, increased by nine,"indicates that the 309 are lunar years. The difference between 300 solar years and 300 lunar years is 9 years. The year of this discovery, 1400 AH, coincided with 1980 AD, and 1980 plus 300 solar years is 2280, also a multiple of 19, 19x120. Thus the world ends in 1710 AH, 19x90, which coincides with 2280 AD, 19x120. For the disbelievers who do not accept these powerful Quranic proofs, the end of the world will come suddenly (*6:31*, *6:44*, *6:47*; *7:95*, *7:187*; *12:107*; *21:40*, *22:55*; *26:202*; *29:53*; *39:55*; *43:66*; and *47:18*).

forbidden as a source of religious teachings (*Appendix 19*), it can be a useful source of history. We can derive a lot of information about historical events and local customs and traditions during the early centuries of Islam. The books of Hadith indicate that the Quranic Initials were believed to

While Hadith is

Table 1: Total Gematrical Value of "The Seven Pairs" of Quranic Initials

| Quranic Initial | Gematrical Value |
|---|---|
| 1. Q | 100 |
| 2. N | 50 |
| 3. S (Saad) | 90 |
| 4. H.M. | 48 |
| 5. Y.S. | 70 |
| 6. T.H. | 14 |
| 7. T.S. | 69 |
| 8. A.L.M. | 71 |
| 9. A.L.R. | 231 |
| 10. T.S.M. | 109 |
| 11. A.S.Q. | 230 |
| 12. A.L.M.S. | 161 |
| 13. A.L.M.R. | 271 |
| 14. K.H.Y. A.S. | 195 |
| Total = | 1709 |

determine the life span of the Muslim Ummah.The classic exegesis by Al-Baydaawy cites the following historical event as a possible explanation of the Quranic Initials. The same event is detailed in Al-Suyooty's ITQAAN, First Printing, 1318 AH, Vol 2, Page 10:

**The Jews of Medina went to the Prophet and said, "Your Quran is initialed with A.L.M., and these Initials determine the life span of your religion. Since `A' is 1, `L' is 30, and `M' is 40, this means that your religion will survive only 71 years." Muhammad said, "We also have A.L.M.S." They said, "The `A' is 1, the `L' is 30, the `M' is 40, and the `S' is 90. This adds up to 161. Do you have anything else?" The Prophet said, "Yes, A.L.M.R." They said, "This is longer and heavier; the `A' is 1, `L' is 30, `M' is 40, and `R' is 200, making the total 271." They finally gave up, saying, "We do not know how many of these Initials he was given!" [Al-Suyuty's Famous Reference ITQAAN]**

Although this narration is well known, many scholars have been reluctant to accept the unmistakable connection between the Quranic initials and the end of the world. They could not bring themselves to deal with this subject for the simple reason that the calculation makes the end of the world, and judgment, a reality.

## Editor's Notes

### Editor's Note #1:

Another piece of observation here is connected with the wording of the word "creature" (Dabah in Arabic) within *27:82* in comparison with other verses in the Quran.

We notice that all the other verses that connect the two words "creature" and "earth" always speaks of "creature in the earth" , for example:

**"There is not a creature IN the earth whose provision is not guaranteed by God." *11:6***

Scientifically speaking, we all live in the earth and not on the earth. That is because we live inside the earth's atmosphere, which is part of the earth. However, when we look at *27:82* we find the wording is deliberately changed to:

**"A creature FROM the earth"** which denotes that this creature is made of earthly material.

As it happened, the computer was the tool to be used in counting all the thousands of figures and multiples of the miracle in the Quran.

Let us look at **27:82** one more time but this time reverse the figures of the verse and the Sura. The 27 becomes 72, and the 82 becomes 28. Verse **72:28** includes the words:

### "He (GOD) has counted the NUMBERS of all things" .

### Editor's Note #2:

Another indication given in the Quran as a code for unveiling the end of the world is derived from the following verse:

**"He (Jesus) is to serve as a marker for knowing the end of the world so that you can no longer harbour any doubt about it" *43:61***

#### The birth of Jesus set as a marker for the end of the world

1. We know that between the birth of Jesus and the birth of Muhammad there is 570 years. 570 = 19 x 30

   The numbers 19 and 30 are very significant within the miracle of the Quran. We know that the code of the Quran 19 is mentioned in verse 30 (*Sura 74*).

2. This number of years between the birth of Jesus and the birth of Muhammad, which is 570, confirms the calculations of the end of the world.

   The world will end in the year 2280 A.D. , which corresponds to the year 1710 A.H. Both 2280 and 1710 ( which are multiples of 19 ) are also multiples of 570

   2280 = 570 x 4      1710 = 570 x 3

3. The number of years between the birth of Jesus and Muhammad (570) is the same as the number of years between the end of the world in Solar calendar (2280) which is connected to the birth of Jesus, and the end of the world in Islamic Lunar calendar (1710) which is connected to the hijra (immigration to Medina) of Muhammad (and not his birth).

   birth of Jesus (0) - Birth of Muhammed (570) = 570 years

   End of world A.D (2280) - end of world A.H. (1710) = 570 years

### Editors Note #3

## IT WILL NOT REMAIN HIDDEN (*20:15*)

*Sura 20* Verse 15 informs us that the end of the world will be revealed by God before the end of the world:

**"The Hour (End of the World) is surely coming, I will keep it almost hidden. For each soul must be paid for its works." *20:15***

Verse 87 in *Sura 15*, gives the time for that event:

### "We have given you the seven pairs and the Great Quran" *15:87*

The seven pairs are the 14 Quranic initials. The total gematrical value of these profound pillars of the Quranic's miracle (1709) pinpoints the year of the end of the world.

The gematrical value of all the 14 sets (seven pairs) of initials of the suras of the Quran is 1709. This number corresponds to 1709 years after the revelation of the Quran and to the end of the world.

*20:15*, where God informs us that the end of the world will not remain hidden, has a very important number. Of all the 6346 verses in the Quran God chose verse *20:15* to give us this information. The number 2015 is a composite number . The index of the composite number 2015 is 1709.

As you can see the year of the end of the world is pointed to in *20:15* indirectly from the moment the Quran was revealed. It is very interesting to note that Dr. Khalifa. did not know about this relationship of *20:15* and 1709 when he wrote his translation of the Quran and pointed to the end of the world in *appendix 25* his translation.



Whenever you want to pursue the truth and verify anything you hear about Islam, we urge you to please use the only valid and divine source of Islam, *Quran*.

Send comments to *info@submission.org*

Copyright © 2013 Submission.org - All rights reserved